

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-18-00273-CV

———————————————————

MERIDIAN ARLINGTON SNF, L.P. D/B/A ARBROOK PLAZA, MERIDIAN HMG LONG TERM CARE, L.L.C., MAS GENPAR L.L.C., AND HMG SERVICES, L.L.C., Appellants

V.

ANGELA CARTWRIGHT, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF CAROLYN MALLORY, DECEASED, Appellee

---

On Appeal from the 342nd District Court
Tarrant County, Texas
Trial Court No. 342-292449-17

---

Before Sudderth, C.J.; Gabriel and Kerr, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered "Unopposed Motion of Appellants to Reinstate and Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: August 22, 2019